**GRANTED.** Ryan Loofbourrow, Esq. and Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. are withdrawn as counsel of record in this matter. Plaintiff shall have until **March 13, 2026,** to file a response to Defendants' Motion to Strike (Docket No. 31).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **MATTISON ASHER,**<br>**Plaintiff,**<br>**v.**<br>**0XBOW LTD., ZAK COLE, DREW OSUMI, PATRICK MCGOWAN, AND DOES 1-10, INCLUSIVE,**<br>**Defendants.** | **Case No.: 3:25-cv-01057**<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Jeffery S. Frensley** |

## UNOPPOSED MOTION AND MEMORANDUM TO WITHDRAW AS COUNSEL and FOR PLAINTIFF TO HAVE A 30-DAY EXTENSION OF TIME TO RESPOND TO THE PENDING MOTION TO STRIKE

Ryan P. Loofbourrow of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Movant"), asks this Court to allow him and his law firm to withdraw as counsel of record for Plaintiff Mattison Asher. Additionally, Movant requests that the Court grant Plaintiff a 30-day extension of time to respond to Defendants' pending motion to strike (ECF No. 31). For good cause, Movant shows:

1. Movant was engaged as local counsel in the matter for Grellas Shah LLP.

2. After Grellas Shah gave notice of its intent to withdraw, Movant and Plaintiff disagreed on the scope of Movant's representation moving forward.

3. On January 30, 2026, in accordance with Local Rule 83.01(g), Movant sent Plaintiff his Notice of Intent to Withdraw. A redacted true and correct copy of the Notice is attached hereto as Exhibit 1.