GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTISON ASHER,<br>Plaintiff,<br>v.<br>0XBOW LTD., ZAK COLE, DREW OSUMI, PATRICK MCGOWAN, AND DOES 1-10, INCLUSIVE,<br>Defendants. | Case No.: 3:2025-cv-01057<br><br>District Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley |

**GRELLAS SHAH LLP'S MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.10(g), Grellas Shah LLP hereby files this Motion to Withdraw as Counsel to Plaintiff Mattison Asher. This motion is brought pursuant to LR 83.01(g), Tennessee Rules of Professional Conduct 1.16, and California Rules of Professional Conduct 1.16, on the ground that the professional relationship between attorneys and client has deteriorated and become unworkable. Withdrawal will not require delay of trial or any other deadline in this matter. Grellas Shah LLP gave notice of its intent to withdraw in writing to Plaintiff on January 27, 2026.